IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:93-CR-102-F-8
No. 5:12-CV-368-F

| | |
|---|---|
| TUVAL MCKOY,<br>        Petitioner, | )<br>)<br>) |
| v. | )    **ORDER** |
| | ) |
| UNITED STATES OF AMERICA,<br>        Respondent. | )<br>) |

This matter is before the court on Tuval McKoy's Request for Leave of 28 U.S.C. § 2253(c)(2) Motion for a Certificate of Appealability [DE-160]. In his motion, McKoy appears to be seeking reconsideration of the court's Order of June 29, 2015 [DE-158], adopting the recommendation of United States Magistrate Judge Robert B. Jones, Jr. [DE-156]. The court's Order allowed the government's Motion to Dismiss [DE-133] and denied various motions [DE-132, -149, -153] related and in addition to McKoy's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 [DE-126]. *See* Order of June 29, 2015 [DE-158]. Additionally, the court denied a certificate of appealability. *See id.* at 3. McKoy is advised that if he disagrees with the court's Order of June 29, 2015, a final order, he can pursue an appeal in the Fourt Circuit Court of Appeals by filing a notice of appeal.[1] Accordingly McKoy's Request for Leave [DE-160] is DISMISSED.

---

[1] The court notes that McKoy's motion does not appear to raise any issues not already addressed in its Order of June 29, 2015.

SO ORDERED.

This, the 2ᵘ day of October, 2015.

_James C. Fox_
JAMES C. FOX
Senior United States District Judge