IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| -v.- | ) Criminal No. 5:93-CR-102-F-8 |
| TUVAL MCKOY, | ) |
| Defendant. | ) |

ORDER

In consideration of the foregoing Motion to Unseal and Disclose Pre-Sentence Investigative Report to Clemency Project 2014 Counsel, there being good cause shown, it is this _6_ day of _November_, 2015 hereby

ORDERED that the Motion to Unseal and Disclose Pre-Sentence Investigative Report to Clemency Project 2014 Counsel is GRANTED; and it is further

ORDERED that a copy of the Pre-Sentence Investigative Report shall be unsealed and provided to the Defendant's Clemency Project 2014 counsel; and it is further

ORDERED that the Pre-Sentence Investigative Report shall not be provided to the Defendant; and it is further

ORDERED that at the conclusion of the representation by Clemency Project 2014 counsel, such counsel shall return all copies of the Pre-Sentence Investigative Report to the Bureau of Prisons or shall destroy all copies.

_James P. Fox_
JAMES C. FOX
Senior United States District Judge